IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF LAPORSHIA LORRAINE MASSEY, by and through the Co-Administrators of her Estate Pauline Hodges and Mark W. Richardson, Esquire | : CIVIL ACTION : : NO. 14-5046 : : |
| *Plaintiff* | : : |
| v. | : : |
| CITY OF PHILADELPHIA, SCHOOL DISTRICT OF PHILADELPHIA, W.C. BRYANT PROMISE ACADEMY, TEACHER JANE DOE, and PRINCIPAL GADDY | : : : : : : |
| *Defendants* | : |

# ORDER

**AND NOW**, this 24th day of July 2015, upon consideration of Defendants' *motion to dismiss*, [ECF 12], Plaintiff's response thereto, [ECF 13], and the allegations contained in the amended complaint, [ECF 7], it is hereby **ORDERED**, for the reasons set forth in the Memorandum Opinion filed on this day, that the motion is **GRANTED**, *in part*, and **DENIED**, *in part*, as follows:

1) all claims against Bryant Academy are **DISMISSED** with prejudice; and

2) Defendants' motion to dismiss is **DENIED** in all other respects.

BY THE COURT:

*/s/ signature/*
NITZA I. QUIÑONES ALEJANDRO, J.